**Order entered October 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01051-CV

**FOR THE BEST INTEREST AND PROTECTION OF R.O.**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 14M-149**

## ORDER

Before the Court is the State of Texas's October 10, 2014 Motion for Leave to File Late

Brief. We **GRANT** the motion. We **DIRECT** the Clerk to file the brief tendered by the State on

October 10, 2014.

            /s/     ROBERT M. FILLMORE
                  PRESIDING JUSTICE